IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| RONALD W. WALDEN, JR., <br><br>    Plaintiff, <br><br> v. <br><br> SHNI CORP., <br> a Virginia Corporation, <br> and <br> ROA ENTERPRISES INC., <br> a Virginia Corporation, <br><br>    Defendants. | ) <br> ) <br> )   Case No: 4:20-cv-00019-RAJ-DEM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement regarding all disputed issues in the case, including attorneys' fees and expenses, as evidenced by the Agreed Order of Dismissal endorsed by all parties and attached to this Notice as Exhibit A.

**RONALD W. WALDEN, JR.**

By: */s/ Deborah C. Waters*
  Deborah C. Waters, Esquire
  Virginia State Bar #28913
  L. Clayton Magee
  VSB No. 95399
  Waters Law Firm, P.C.
  Town Point Center Building, Suite 600
  150 Boush Street
  Norfolk, VA  23510

          Telephone: (757) 446-1434
          Facsimile: (757) 446-1438
          dwaters@waterslawva.com
          cmagee@waterslawva.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following counsel of record.

| | |
|---|---|
| Matthew W. Smith, Esquire | Jonathan P. Floyd, Esquire |
| Otey Smith & Quarles | Troutman Pepper Hamilton Sanders LLP |
| Counsel for Defendant SHNI Corp. | Counsel for Defendant ROA Enterprises, Inc. |
| 485 McLaws Circle | 1001 Haxall Point |
| Williamsburg, VA 23185 | Richmond, VA 23219 |
| msmith@osqlaw.com | jonathan.floyd@troutman.com |

      By: */s/ Deborah C. Waters*
          Deborah C. Waters, Esquire
          Virginia State Bar #28913
          L. Clayton Magee
          VSB No. 95399
          Waters Law Firm, P.C.
          Town Point Center Building, Suite 600
          150 Boush Street
          Norfolk, VA  23510
          Telephone: (757) 446-1434
          Facsimile: (757) 446-1438
          dwaters@waterslawva.com
          cmagee@waterslawva.com

*Counsel for Plaintiff*